# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| ANDREW MYERS, ET AL. | : | DOCKET NO. 2:06-cv-1785 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| JOHN DOE, ET AL. | : | MAGISTRATE JUDGE KAY |

## REPORT AND RECOMMENDATION

On September 24, 2008 the undersigned ordered that defendants Desirae Strybos and American National County Mutual Insurance Company issue to counsel for plaintiff Andre Guidry and this court a statement indicating the number of hours and cost per hour expended on preparation and prosecution of a Motion to Compel as well as costs related to the Motion. Doc. 30. Defendants' counsel has done so. Ms. Strybos's counsel was given until October 17, 2008 to object to the reasonableness of these charges. The court has received no objections.

Additionally, given the nature of the case, explained in this court's Report and Recommendation dated September 24, 2008 [Doc. 29], the undersigned indicated in its Order that it would assess the reasonableness of the Statement of Costs submitted by defendants' counsel. Counsel indicates that 2.30 hours were spent in relation to the Motion to Compel at a cost of $135.00 per hour. Additionally, counsel indicates that $10.30 was spent in related costs. Accordingly, counsel requests $320.80. The court has determined that defense counsel's Statement of Costs is reasonable.

Accordingly, the undersigned recommends that a judgment in the amount of $320.80 be

entered in favor of defendant's counsel and against plaintiff Andre Guidry.

Under the provisions of 28 U.S.C. §636(b)(1)(C), the parties have ten (10) business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY FROM ATTACKING ON APPEAL, EXCEPT UPON GROUNDS OF PLAIN ERROR, THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT COURT.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on October 20, 2008.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE