U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

DEC - 1 2008

ROBERT H. SHEMWELL, CLERK
BY _____
    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ANDREW MEYERS | : | DOCKET NO. 2:06-cv-1785 |
| VS. | : | JUDGE MINALDI |
| JOHN DOE, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 29] these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that plaintiff Andre Guidry be dismissed with prejudice from this lawsuit.

IT IS FURTHER ORDERED that the Motion to Withdraw [Doc. 24] filed by J. Louis Gibbens, III, Jeffery F. Speer, and Jason E. Fontenot as attorneys for Andre Guidry is mooted.

IT IS FINALLY ORDERED that the Motion for Attorney's Fees [Doc. 19] filed by American National County Mutual Insurance Company and Desirae Strybos is granted against defendant Andre Guidry.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 20 day of Nov, 2008.

PATRICIA H. MINALDI
UNITED STATES DISTRICT JUDGE