U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

DEC 1 5 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ANDREW MEYERS | : | DOCKET NO. 2:06-cv-1785 |
| VS. | : | JUDGE MINALDI |
| JOHN DOE, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 32] these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the Motion for Attorney's Fees and Costs filed by American National County Mutual Insurance Company and Desirae Strybos is granted against Andre Guidry awarding attorney's fees and costs in the amount of $320.80.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 13 day of Dec., 2008.

PATRICIA H. MINALDI
UNITED STATES DISTRICT JUDGE